RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

Attorney for Vernell Marshall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERNELL MARSHALL,<br><br>Defendant. | Case No. 2:18-cr-276-JAD-GWF<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

Appointed counsel, Raquel Lazo, Assistant Federal Public Defender, respectfully requests that a pre-plea presentence investigation report be prepared by the Department of Probation.

1. The parties need more clarity regarding Mr. Marshall's prior convictions in order to determine how those convictions ultimately affect his sentencing range. Whether Mr. Marshall is subject to any potential sentencing enhancements will drastically impact his sentencing exposure, negotiations, and Mr. Marshall's decision as to how he should proceed. A pre-plea presentence investigation report will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2. Undersigned counsel therefore respectfully requests this Court issue an order that the Department of Probation conduct a pre-plea presentence investigation report as soon as possible.

3. Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Brian Whang, regarding this request and he has no opposition. The Department of Probation has also been made aware that this request is forthcoming. They are requesting at least 60 days to complete the report.

DATED this 17th day of December, 2018.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Vernell Marshall

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>VERNELL MARSHALL,<br><br>                      Defendant. | Case No. 2:18-cr-276-JAD-GWF<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Plea Presentence Investigation Report on Defendant Vernell Marshall.

DATED this the 18th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE