**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:18-cr-00276-JAD-EJY |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| VERNELL MARSHALL, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and BRIAN WHANG, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant VERNELL MARSHALL, that the Sentencing and Disposition currently scheduled for January 30, 2023 at 11:00 a.m. be continued for thirty (30) days to a date convenient for the Court.

This stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for the Defendant needs additional time to review and prepare for Sentencing.

3. The parties agree to the continuance.

4. The defendant is in custody and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 25th day of January, 2023.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joshua Tomsheck*<br>JOSHUA TOMSHECK, ESQ.<br>Counsel for Defendant<br>VERNELL MARSHALL | */s/ Brian Whang*<br>BRIAN WHANG, ESQ.<br>Assistant United States Attorney |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, Plaintiff, vs. VERNELL MARSHALL, Defendant. | Case No.: 2:18-cr-00276-JAD-EJY  Stipulation and Order to Continue Sentencing (First Request) |
|---|---|

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for the Defendant needs additional time to review and prepare for Sentencing.

3. The parties agree to the continuance.

4. The defendant is in custody and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

Page 3 of 4

<u>ORDER</u>

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for January 30, 2023 at 11:00 a.m. be continued to March 13, 2023, at 11:00 a.m.

DATED: January 26, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant