**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | Case No.: 2:18-cr-00276-JAD-EJY |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| VERNELL MARSHALL, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and BRIAN WHANG, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant VERNELL MARSHALL, that the Sentencing and Disposition currently scheduled for March 31, 2023 at 2:00 p.m. be continued for thirty (30) days to a date convenient for the Court, preferably a Friday.

This stipulation is entered into for the following reasons:

1. This is the third Sentencing and Disposition continuance request.

2. Counsel for Defendant is currently in a multi–Defendant Federal Trial before Judge Gloria Navarro which commenced on March 20, 2023 and is expected to last for 4-6 weeks, with no sessions on Fridays. Therefore, counsel would be available on any Friday setting during that time period.

HOFLAND & TOMSHECK
228 SOUTH FOURTH ST., FIRST FLOOR
LAS VEGAS, NEVADA 89101
P: (702) 895-6760 • F: (702) 731-6910

3. Counsel for Defendant is also currently set to begin an in-custody Jury Trial on a re-trial double murder case from a previous capital verdict in Case No. 06C224572-3 with a firm setting commencing on May 1, 2023.

4. The parties agree to the continuance.

5. The defendant is in custody and does not object to this continuance. In fact he requested the sentencing be moved because he has been having health problems recently.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 27th day of March, 2023.

Respectfully submitted,

| | |
|---|---|
| HOFLAND & TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
| */s/ Joshua Tomsheck*<br>JOSHUA TOMSHECK, ESQ.<br>Counsel for Defendant<br>VERNELL MARSHALL | */s/ Brian Whang*<br>BRIAN WHANG, ESQ.<br>Assistant United States Attorney |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>VERNELL MARSHALL,<br><br>Defendant. | Case No.:   2:18-cr-00276-JAD-EJY<br><br>Stipulation and Order to Continue Sentencing<br>(Third Request) |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the third Sentencing and Disposition continuance request.

2. Counsel for Defendant is currently in a multi–Defendant Federal Trial before Judge Gloria Navarro which commenced on March 20, 2023 and is expected to last for 4-6 weeks, with no sessions on Fridays. Therefore, counsel would be available on any Friday setting during that time period.

3. Counsel for Defendant is also currently set to begin an in-custody Jury Trial on a re-trial double murder case from a previous capital verdict in Case No. 06C224572-3 with a firm setting commencing on May 1, 2023.

4. The parties agree to the continuance.

Page 3 of 4

5. The defendant is in custody and does not object to this continuance. In fact he requested the sentencing be moved because he has been having health problems recently.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

ORDER

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for March 31, 2023 at 2:00 p.m. be continued to May 5, at 11:00 a.m.

DATED this 28th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant